1  LAWRENCE G. BROWN
   United States Attorney
2  ANA MARIA MARTEL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for the United States of America
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, | No. 2:09-cv-01852-JAM-GGH |
| 13              Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT |
| 14 vs. | |
| 15 JOSEPH J. DE KELLIS, | |
| 16              Defendant. | |

17

18

19                        **STIPULATION**

20        The parties to this action hereby stipulate to extend the deadline for Defendant Joseph DeKellis

21  to answer, plead or otherwise respond to the Complaint from September 8, 2009, up to and including

22  October 15, 2009, to allow for receipt of loan documentation needed for the Defendant to file an

23  appropriate response.

24  ///

25  ///

26  ///

27  ///

28  ///

---

Stipulation and Order for Extension of Deadline to Respond to Complaint                           1

1      WHEREFORE, the parties respectfully request this Court issue an Order extending the deadline

2  for Defendant to file his answer or otherwise respond to October 15, 2009.

3

4  DATED: September 14, 2009                    LAWRENCE G. BROWN
                                               United States Attorney

5

6                                     By:    /s/ Ana Maria Martel
                                             ANA MARIA MARTEL
7                                            Assistant United States Attorney
                                             Attorneys for Plaintiff United States of America
8

9  DATED: September 14, 2009                    DESMOND, NOLAN, LIVAICH & CUNNINGHAM

10

11                                    By:    /s/ Eric R. Gassman
                                             ERIC R. GASSMAN
12                                           Attorneys for Defendant Joseph DeKellis

13

14                                  **O R D E R**

15      IT IS HEREBY ordered that the deadline for Defendant Joseph DeKellis to file an answer or

16  otherwise respond to the Complaint is extended from September 8, 2009, up to and including October

17  15, 2009.

18

19  DATED: September 16, 2009
                                             /s/ Gregory G. Hollows
20
                                             HONORABLE GREGORY G. HOLLOWS
21                                           UNITED STATES MAGISTRATE JUDGE
   dekellis.ord
22

23

24

25

26

27

28

Stipulation and Order for Extension of Deadline to Respond to Complaint                    2