1 | LAWRENCE G. BROWN
United States Attorney
2 | ANA MARIA MARTEL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2826
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff United States of America
7
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,           )   CASE NO.:2:09-CV-01852-JAM-GGH
                                        )
12 |         Plaintiff,                 )
                                        )   ORDER EXTENDING DEADLINE TO
13 | v.                                 )   RESPOND TO COMPLAINT
                                        )
14 | JOSEPH J. DeKELLIS,                )
                                        )
15 |         Defendant.                 )
                                        )
16 | _____)

17 | Upon the stipulation and request of the parties, it is hereby ordered that the deadline for

18 | Defendant, Joseph DeKellis, to answer or otherwise respond to the complaint in the above-captioned

19 | matter is extended until January 15, 2010.

20

21 | Dated: October 22, 2009

22 |                               /s/ Gregory G. Hollows
                       _____
23 |                   HONORABLE GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE
24

25 | dekellis.eot

26

27

28

Order Extending Deadline to Respond to Complaint                                              1