IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  CIV. NO. S- 09-1852 JAM GGH

    vs.

JOSEPH J. DEKELLIS,

    Defendant.                         ORDER

          Defendant has filed a motion to withdraw as attorney, seeking to substitute defendant in pro per in place of his current counsel. Defendant has noticed the motion for hearing on May 19, 2010 before Judge Mendez (dkt. #20.) Defendant is informed that the magistrate judge handles all actions brought pursuant to 20 U.S.C. § 1071 involving federally insured student loans. E.D. Local Rule 302(c)(16). Therefore, all motions should be noticed before the undersigned.

          As defendant has consented to the substitution, the motion to withdraw will be granted without a hearing.

          Accordingly, IT IS ORDERED that:

    1. Defendant's amended motion to withdraw as attorney, filed March 2, 2010 (dkt. #20), is granted.

2.  Defendant substitutes himself, in Pro Per in the place of Desmond, Nolan, Livaich & Cunningham as his counsel.

3.  The hearing previously scheduled for May 19, 2010, before Judge Mendez is vacated from the calendar.

4.  The Clerk of the Court shall redesignate this case as a pro se case.

DATED: March 8, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:USDeKellis.vac.wpd