BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:2:09-CV-01852-JAM-GGH-PS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE PLEADINGS AND RESCHEDULE ORAL ARGUMENT |
| JOSEPH J. DeKELLIS, | ) | |
| Defendant. | ) | |

On June 4, 2010, this Court vacated Defendant's Motion to Dismiss because it was not filed in conformance with LR 78-230(b).

Plaintiff, the United States of America, and Defendant, Joseph J. DeKellis, hereby stipulate and request that the Court enter an order as follows:

1. By no later than June 11, 2010, Defendant will refile his motion to dismiss together with a notice of hearing.  Said hearing will be set for July 29, 2010 at 10:00 a.m.

2. The United States will file its response or opposition to Defendant's motion to dismiss and a cross-motion for summary judgment by June 30, 2010.

3. Defendant's reply memorandum and opposition to summary judgment will be filed by no later than July 14, 2010; and

4.  The United States' reply memorandum will be filed by July 21, 2010.

Respectfully submitted,

Dated: June 10, 2010         BENJAMIN B. WAGNER
                             United States Attorney

                    By:   /s/ Ana Maria Martel
                          ANA MARIA MARTEL
                          Assistant United States Attorney

Dated: June 10, 2010         /s/ Joseph J. DeKellis
                             JOSEPH J. DeKELLIS
                             Defendant *in Pro Se*

**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2010      /s/ Gregory G. Hollows
                          _____
                          GREGORY G. HOLLOWS
                          United States Magistrate Judge

dekellis.eot