BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:2:09-CV-01852-JAM-GGH-PS |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JOSEPH J. DeKELLIS, | |
| Defendant. | |

    The parties hereto, Plaintiff, the United States of America, and Defendant, Joseph J. DeKellis, filed a Stipulation and Settlement on December 13, 2010, in which the parties requested that this matter be dismissed with prejudice.

    IT IS SO ORDERED.

Dated: 12/13/2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

Order of Dismissal            1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

On December 13, 2010, she served a copy of the PROPOSED ORDER OF DISMISSAL by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Joseph J. DeKellis
333 J Street, Suite 200
Sacramento, CA 95814

                            */s/ Kimberly Siegfried*
                            Kimberly Siegfried